**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

JOHN BARKER, et al.,

                Plaintiffs,

v.                                  CIVIL ACTION NO.   2:17-cv-04387

SAURABH NAIK, et al.,

                Defendants.

**DISMISSAL ORDER**

Before this Court is a motion filed by Plaintiffs John Barker, Brenda Barker, and Samantha Wilkinson (collectively, "Plaintiffs") to dismiss without prejudice, pursuant to Federal Rule of Civil Procedure 41(a), the sole claim remaining in this action.  (ECF No. 46.)  Also before this Court is a motion to dismiss the claim with prejudice pursuant to Federal Rule of Civil Procedure 41(b) filed by Defendants Saurabh Naik, Surnaik Holdings of WV, LLC, Sirnaik LLC, Polymer Alliance Services, LLC, Green Sustainable Solutions, LLC, and Intercontinental Export Import, Inc. (collectively, "Defendants").  (ECF No. 47.)

In an Order entered on March 12, 2019, this Court informed Plaintiffs that it would dismiss this matter with prejudice for failure to prosecute unless Plaintiffs responded within ten days to demonstrate why such a dismissal was inappropriate.  (ECF No. 49.)  That deadline has come and passed, and Plaintiffs filed no response to this Court's Order.  Accordingly, this matter is **DISMISSED WITH PREJUDICE** for failure to prosecute, pursuant to Federal Rule of Civil

Procedure 41(b).    Plaintiffs' motion to dismiss, (ECF No. 46), is **DENIED**.    Defendants' motion to dismiss, (ECF No. 47), is **GRANTED**.

       **IT IS SO ORDERED**.

       The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

              ENTER:      March 26, 2019

 

THOMAS E. JOHNSTON, CHIEF JUDGE